der *Barefoot.* *See Barefoot,* 463 U.S. at 893–94, 103 S.Ct. at 3394–95.

We should give this case the en banc review it deserves, take the time to do so, and issue a definitive opinion. True, this would require yet another stay of McKenzie's execution and it would take some time to complete the process. This is a small price to pay, however, to get the decision right and to issue a thoughtful and thorough en banc opinion resolving the difficult issues McKenzie presents.

For these reasons, I respectfully dissent from the denial of a stay of execution, from adoption of the panel opinion, and from the majority's purported alternative holding "on the merits."

**ORDER**

The motion filed May 23, 1995, to dismiss this appeal and vacate prior orders is granted in part. The appellant Duncan Peder McKenzie, Jr. was executed May 10, 1995. By reason of his execution, his appeal from the denial of his petition for a writ of habeas corpus has become moot. Accordingly, the motion to dismiss the appeal as moot is granted.

The motion to vacate the prior orders of this court is denied.

APPEAL DISMISSED.

**Christopher Gerald GLYNN, Plaintiff–Appellant–Cross–Appellee,**

v.

**ROY AL BOAT MANAGEMENT CORP.; Daniel J. Shawhan, in personam; F/V No Problem, O.N. 650399, her engines, equipment, appurtenances, catch, in rem; F/V Full Moon, her engines, equipment, appurtenance, cargo freight and catch, in rem, Defendants–Appellees–Cross–Appellants.**

Nos. 93–15546, 93–15681.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 10, 1994.

Decided June 21, 1995.

**Duncan Peder McKENZIE, Jr., Petitioner–Appellant,**

v.

**Rick DAY, Director, Department of Corrections and Human Services, Respondent–Appellee.**

No. 95–99006.

United States Court of Appeals, Ninth Circuit.

June 8, 1995.

Timothy K. Ford, MacDonald, Hoague & Bayless, Seattle, WA, for petitioner-appellant.

Pamela P. Collins, Asst. Atty. Gen., Helena, MT, for respondent-appellee.

Before: WALLACE, Chief Judge, BROWNING, WIGGINS, BRUNETTI, KOZINSKI, THOMPSON, O'SCANNLAIN, TROTT, RYMER, KLEINFELD, and HAWKINS, Circuit Judges.

